IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLIE LYLE NEW,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-99-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding this action to the Commissioner of Social Security pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

_____       _____
Peter Oppeneer, Clerk of Court                      8/14/12
                                                                               Date