IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLIE LYLE NEW,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-99-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered granting plaintiff Charlie Lyle New attorney fees and expenses under the Equal Access to Justice Act pursuant to 28 U.S.C. § 2412(d) in the amount of $3,800.


_Peter Oppeneer_, Clerk of Court      10/26/12
                                                                                                  Date